# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1707

_____

RUFUS MILLER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


September 18, 2018


PER CURIAM.

The petition for writ of prohibition is denied on the merits.

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Rufus Miller, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.